*March 10, 1931.*

MARCOU, Administrator, Appellant, vs. ROCKLAND STATE BANK and another, Respondents.

For the appellant: *T. H. Skemp* of La Crosse.

For the respondents: *A. E. Frederick* of Sparta.

*By the Court.*—Judgment affirmed.

HOGLE, Respondent, vs. TRAAS CANDY COMPANY, Appellant.

For the appellant: *Kittell, Jaseph, Young & Everson* of Green Bay.

For the respondent: *North, Parker, Bie, Duquaine, Welsh & Trowbridge,* attorneys, and *Samuel D. Hastings* of counsel, all of Green Bay.

*By the Court.*—Judgment affirmed.

JOHNSTON, Respondent, vs. CUDAHY, Appellant.

For the appellant: *Miller, Mack & Fairchild* of Milwaukee.

For the respondent: *Gold & McCann* of Milwaukee.

*By the Court.*—Judgment affirmed.